UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| DONALD SACHTLEBEN, ) | 1:12-cr-0127 WTL -KPF |
| ) | |
| Defendant. ) | |

## INFORMATION

### Count 1 - Distributing Child Pornography

The United States Attorney charges that:

On or about October 25, 2011, at Carmel, in the Southern District of Indiana, the defendant, DONALD SACHTLEBEN, knowingly distributed, and attempted to distribute, a visual depiction using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce, by any means including by computer, where the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the depiction was of such conduct, that is: the defendant knowingly distributed, and attempted to distribute, the following computer files, among others, which contained a visual depiction of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A):

1

Pic211.jpg

FAM04.jpg

Ll-n2-24.jpg

09lils.jpg.jpg

Kidx03.jpg

All of which is a violation of Title 18, United States Code, Section 2252(a)(2).

### Count 2 - Possession of Child Pornography

The United States Attorney further charges that:

On or about May 11, 2012, at Carmel, in the Southern District of Indiana, the defendant, DONALD SACHTLEBEN, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter, which contained visual depictions that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed, and so shipped and transported, by any means including by computer, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, that is: the defendant knowingly possessed computers and computer storage media that contained one or more visual depictions of minors under the age of 18 years

engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A).

All of which is a violation of Title 18, United States Code, Section 2252(a)(4)(B).

## Forfeiture Allegations

The allegations in this Information are realleged as if fully set forth herein, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

In accordance with 18 U.S.C. § 2253 and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure and premised upon the conviction of defendant for violations of Chapter 110, Title 18, United States Code, Section 2252 as set forth in Counts 1 and 2 of this Information, the defendant herein, shall forfeit to the United States any property, real or personal, used or intended to be used to commit or to promote the commission of any of the offenses set forth in the Information of which he is convicted. Such property includes, but is not limited to, the items found in his possession in or about May 11, 2012.

Respectfully submitted,

JOSEPH H. HOGSETT
United States Attorney

STATE OF INDIANA        )
                        )   SS:
COUNTY OF MARION        )

Steven D. DeBrota, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

_____
Steven D. DeBrota
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this __th day of August, 2012.

_____
Carrie A. Griffin
Notary Public

My Commission Expires: January 21, 2016

My County of Residence: Hancock