UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CAUSE NO.: 1:12-CR-0127-WTL-TAB |
| vs. | ) |
| | ) |
| DONALD JOHN SACHTLEBEN, | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE TIME IN WHICH HE CONTACTS PROBATION TO COMMENCE PRE-SENTENCE REPORT

Defendant, Donald J. Sachtleben, by counsel, Kathleen M. Sweeney and Charles C. Hayes, moves the court to extend the time in which he contacts probation to commence the pre-sentence report.

1. Simultaneous with the filing of this motion, Defendant filed his petition for entry of plea of guilty. [Docket # 30] Within said petition, Defendant agrees to contact probation within five days from the date of executing the document so that the pre-sentence report can be commenced. [Docket # 30, ¶ 17]  In this case that date would be November 12, 2012.

2. The parties anticipate filing a plea agreement. However that document will not be filed until the end of November or early December, 2012. Defendant seeks an order from the court allowing him to make contact with probation within five days after he files the plea agreement.

      3.      AUSA DeBrota has no objection.

      Respectfully submitted,

*/s/Kathleen M. Sweeney*
Kathleen M. Sweeney
141 E. Washington St. Ste. 225
Indianapolis IN 46204
T: 317-491-1050
F: 317-491-1043
ksween@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Kathleen M. Sweeney*
Kathleen M. Sweeney

141 E. Washington St. Ste. 225
Indianapolis IN 46204
T: 317-491-1050
F: 317-491-1043
ksween@gmail.com