UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO.   1:12-cr-00127-WTL-TAB |
| | ) | |
| DONALD SACHTLEBEN, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO CONTINUE
CHANGE OF PLEA AND SENTENCING HEARING**

The United States respectfully move for a continuance of the combined plea and sentencing date in this matter, presently scheduled for September 25, 2013.  The grounds for this request are as follows:

1.On September 23, 2013, the United States filed a Superseding Plea Agreement in this matter under Rule 11(c)(1)(C).  The United States also filed another new matter involving the Defendant, Donald Sachtleben, along with a related Plea Agreement, Charging Information and other documents.  The parties have agreed that both matters should be consolidated for sentencing.

2.On September 23, 2013, the parties conferred with the Court concerning the scheduling of the change of plea and sentencing hearing in this matter and the new related case.  To allow the orderly processing of additional information through the Probation Office, including potential charges to the Presentence Investigative Report resulting from the new case, the parties agreed that a continuance of the presently scheduled hearing on September 25, 2013 would be appropriate.

   3. Therefore, in keeping with this approach, the United States filed this unopposed request for the Court to re-set the combined plea and sentencing date in this matter for September 25, 2013 to a later date determined by the Court.

          Respectfully submitted,

          JOSEPH H. HOGSETT
          United States Attorney

    By:  s/Steven D. DeBrota
          Steven D. DeBrota
          Senior Litigation Counsel
          Office of the United States Attorney
          10 W. Market St., Suite 2100
          Indianapolis, Indiana 46204-3048
          Telephone: (317) 226-6333
          Fax: (317) 226-6125

CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2013, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to the parties listed on the ECF Distribution List by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    s/Steven D. DeBrota
Steven D. DeBrota
Senior Litigation Counsel
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
Steve.DeBrota@usdoj.gov